Ryan T. Warden, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Tel: (973) 656-1600
Fax: (973) 656-1611
ryan.warden@ogletree.com
Attorney(s) for Defendant,
*Helicopters, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH BIERMANN, | : | Hon. Esther Salas |
| | : | Civil Action No.: 2:17-cv-07079-ES-CLW |
| Plaintiff, | : | |
| | : | *Civil Action* |
| v. | : | |
| | : | **STIPULATION OF DISMISSAL** |
| HELICOPTERS, INC.; JOHN DOES 1-5, | : | **WITH PREJUDICE** |
| | : | |
| Defendants. | : | **Document Filed Electronically** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Joseph Biermann and Defendant Helicopters, Inc. ("the Parties"), by and through their undersigned counsel, hereby jointly stipulate and agree that the above-captioned lawsuit ("the Action") is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted:

For Plaintiff:

Harry Levin, Esq.
LEVIN CYPHERS
700 Hooper Avenue
Toms River, New Jersey 08753
Telephone: (732) 240-0909
harrylevin@levincyphers.com

Dated: July 31, 2018

For Defendant:

Ryan T. Warden, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART P.C.
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
ryan.warden@ogletree.com

Dated: July 31, 2018

So Ordered
E. Salas, USDJ
8/8/18

34714784.1